### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENA WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-07-286-F |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On February 25, 2008, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation, wherein he recommended that the defendant's final decision denying plaintiff's application for supplemental security income be reversed and that the matter be remanded for further administrative proceedings. Magistrate Judge Argo therein advised the parties of their right to file an objection to the Report and Recommendation by March 17, 2008, in accordance with 28 U.S.C. § 636 and Local Civil Rule 72.1.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to file an objection has been filed. With no objection being filed by either party within the time prescribed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Doyle W. Argo on February 25, 2008 (doc. no. 19) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The final decision of defendant, Michael J. Astrue, Commissioner of the Social Security Administration, is **REVERSED**, and this matter

is **REMANDED** to the defendant for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  Judgment shall issue forthwith.

DATED March 21, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-0286p002(pub).wpd